IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ARMANDO VILLALOBOS, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-17-090 |
| | § | Criminal No. B-12-374-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On March 27, 2018, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 28]. Petitioner has objected [Doc. No. 31] to said Report and Recommendation.

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Magistrate Judge's Report and Recommendation. Therefore, Petitioner Armando Villalobos' Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is dismissed as untimely filed and procedurally defaulted, or alternatively, denied as meritless. The issuance of a Certificate of Appealability is denied.

Signed this 16th day of May, 2018.

Andrew S. Hanen
United States District Judge